DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY D. MURPHY,**
Appellant,

v.

**MARK M. MURPHY,** Individually and as Successor Trustee; **CLAUDIA SEMPLENSKI,** Individually and as Successor Trustee; The **SHIRLEY S. MURPHY TRUST;** The Estate of **SHIRLEY S. MURPHY;** The **ROBERT H. MURPHY** and **SHIRLEY S. MURPHY REVOCABLE LIVING TRUST; PHILIP MURPHY; SHANE MURPHY; DAVID MURPHY;** The Estate of **ROBERT H. MURPHY;** The **ROBERT H. MURPHY TRUST; FRED C. COHEN,** Esq.; **COHEN, NORRIS, WOLMER, RAY, TELEPMAN** and **COHEN; TIMOTHY P. O'NEILL,** Esq.; **ALFRED G. MORICI,** Esq.; and **HARLESS & ASSOCIATIES,** a Business Association of unknown form,
Appellees.

No. 4D2023-3155

[December 4, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2013-CP-001575-XXXX-NB.

Timothy D. Murphy of The Law Offices of Timothy D. Murphy, Riverside, California, for appellant.

Timothy P. O'Neill of Pike & Lustig, LLP, West Palm Beach, for appellees.

Charles T. Weiss of Charles T. Weiss, P.A., North Palm Beach, for appellee Mark M. Murphy, as administrator of the Estate of Philip C. Murphy, deceased.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*